1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6

7
              IN THE UNITED STATES DISTRICT COURT FOR THE
8
                    EASTERN DISTRICT OF CALIFORNIA
9
   GLORITA ALIYU,                  )     CV-F 04-5552 LJO
10                                 )
                 Plaintiff,        )     STIPULATION AND ORDER
11                                 )     TO EXTEND TIME
                                   )
12              v.                 )
                                   )
13 JO ANNE B. BARNHART,            )
   Commissioner of Social          )
14 Security,                       )
                                   )
15               Defendant.        )
   _____)
16

17      The parties, through their respective counsel, stipulate

18 that defendant's time to respond to plaintiff's opening brief be

19 extended from May 9, 2005 to June 8, 2005.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26

27

28

                                   1

1    This is the defendant's first request for an extension of
2 time to respond to plaintiff's opening brief.  Defendant needs
3 the additional time to further review the file and prepare a
4 response in this matter.

                                       Respectfully submitted,

Dated: May 6, 2005

                                       /s/ Gina M. Fazio
                                       (as authorized by facsimile)
                                       GINA M. FAZIO
                                       Attorney for Plaintiff

Dated: May 6, 2005            McGREGOR W. SCOTT
                                       United States Attorney


                                       /s/ Kristi C. Kapetan
                                       KRISTI C. KAPETAN
                                       Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   May 6, 2005**                      **/s/ Lawrence J. O'Neill**
66h44d                                    UNITED STATES MAGISTRATE JUDGE