1 | McGREGOR W. SCOTT
  | United States Attorney
2 | KRISTI C. KAPETAN
  | Assistant U.S. Attorney
3 | 3654 Federal Building
  | 1130 "O" Street
4 | Fresno, California 93721
  | Telephone: (559) 498-7316
5
  | Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| GLORITA ALIYU, | ) | CV-F 04-5552 LJO |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from June 8, 2005 to July 8, 2005.

///
///
///
///
///
///

1

This is the defendant's second request for an extension of time to respond to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                 Respectfully submitted,

Dated: June 8, 2005

                                 /s/ Gina M. Fazio
                                 (as authorized by facsimile)
                                 GINA M. FAZIO
                                 Attorney for Plaintiff


Dated: June 8, 2005            McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ Kristi C. Kapetan
                                 KRISTI C. KAPETAN
                                 Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   June 9, 2005**               **/s/ Lawrence J. O'Neill**
66h44d                                    UNITED STATES MAGISTRATE JUDGE